York Mortgage Corporation, Appellant, v. Clotar Construction Corporation and Others, Defendants. Ocean Realty Company, Respondent. Ocean Realty Company, Respondent, v. Clotar Construction Corporation and Others, Defendants. York Mortgage Corporation, Appellant. (Actions 1, 2, 3, 4.) — Motion for reargument denied. Motion to resettle order granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ. Settle order on notice.

Rosaria Barnao, Appellant, v. Domenico Barnao, Respondent.— Order denying plaintiff's motion for counsel fee and alimony affirmed, without costs, without prejudice to a reargument of this appeal in the event that the plaintiff in this action is finally successful in the annulment action brought against her by her husband, in which judgment has been entered against her. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

Hobart S. Bird, Respondent, v. Elias Mayer and Others, Appellants.— Order in so far as it denies defendants' motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

Thomas F. Byron, Respondent, v. Parla R. Johnson, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Guido Ciccolini, Respondent, v. Vocafilm Corporation of America, Appellant.— The decision of this court, handed down on October 7, 1929,* is hereby amended to read as follows: Judgment and order reversed upon the law and a new trial granted, costs to abide the event, upon the ground that the trial justice was absent during the summation, which was a material part of the trial. (*Aronson* v. *Bass*, 224 App. Div. 667.) Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

Anna M. Costello, Respondent, v. Forest Hills Dwellings, Inc., Appellant.— Judgment modified, under the provisions of section 584-a of the Civil Practice Act,† so as to increase the amount of damages to $3,500, and as so modified unanimously affirmed, with costs to respondent. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Wick K. Craft, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment modified by reducing the verdict to the sum of $65,000. As so modified, the judgment and the order denying motion for a new trial are unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

Ford Motor Company, Appellant, v. Prince Line, Limited, Respondent.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event, upon the ground that the verdict of the jury was against the weight of the evidence. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

---

* See *ante*, p. 731.— [Rep.

† Added by Laws of 1926, chap. 385.— [Rep.